IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02761-BNB

ALEXANDER SHAUN MARDIS,

    Plaintiff,

v.

RICK RAEMISCH, Exec. Dir. C.D.O.C.,
JAMES FALK, Warden of Sterling Corr. Fac.,
LT. HOFFMAN, Lt. Sterling Corr. Fac. (SCF),
CO RENDON, Officer SCF,
CO SHAEFFER, Officer SCF,
LT. KARR, Lt. SCF,
O.R.D.C., Officers and inmate, et al (X-XL) (1-100),

    Defendants.

ORDER GRANTING LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

    Plaintiff, Alexander Shaun Mardis, is a prisoner in the custody of the Colorado Department of Corrections currently incarcerated at the Sterling Correctional Facility. He has submitted an Amended Prisoner Complaint (ECF No. 10) and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 12), along with a certified copy of his inmate trust fund account statement (ECF No. 9 at 3-7). The Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 will be granted. Based on the information about Plaintiff's financial status, the Court finds that Plaintiff is able to pay an initial partial filing fee of $6.00 pursuant to 28 U.S.C. § 1915(b)(1). Plaintiff has consented to disbursement of partial payments of the filing fee from his inmate account. (*See* ECF No. 12 at 3.) Plaintiff is required to pay the full amount of the required $350.00 filing fee pursuant to § 1915(b)(1) regardless of the outcome of this action. Accordingly, it is

ORDERED that the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 12) is granted.  It is

FURTHER ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF Nos. 5 and 9) are denied.  It is

FURTHER ORDERED that the "Motion to Amend/Revise Filing Action to Different Filing Action Numbers" (ECF No. 11) is denied as moot.

FURTHER ORDERED that, within thirty days of the date of this Order Plaintiff's custodian shall disburse from Plaintiff's inmate account, if funds are available in keeping with 28 U.S.C. § 1915(b), an initial partial filing fee of $6.00 to the Clerk of the United States District Court for the District of Colorado, which represents 20 percent of the greater of the (1) average monthly deposits, or (2) average monthly balance in Plaintiff's prison accounts for the six-month period immediately preceding the filing of the Complaint.  It is

FURTHER ORDERED that after payment of the initial partial filing fee, Plaintiff's custodian shall disburse from Plaintiff's inmate account monthly payments of 20 percent of the preceding month's income credited to this prison account until he has paid the total filing fee of $350.00.  *See* 28 U.S.C. §1915(b)(2).  Interference by Plaintiff in the submission of these funds shall result in the dismissal of this action.  It is

FURTHER ORDERED that Plaintiff is advised that notwithstanding any filing fee, or any portion thereof, that may have been paid, the Court shall dismiss at any time all or any part of such complaint which (1) is frivolous or malicious; (2) fails to state a claim on which relief can be granted; or (3) seeks monetary relief from a defendant who is immune from such relief.  *See* 28 U.S.C. §1915(A)(b); 28 U.S.C. § 1915(e)(2).  It is

FURTHER ORDERED that Plaintiff's custodian shall continue to disburse monthly payments from Plaintiff's inmate account until full payment of the filing fee has been received by the Court, even after disposition of the case and regardless of whether relief is granted or denied.  It is

FURTHER ORDERED that the Clerk of the Court shall send a copy of this Order to DOC_inmateaccounts@state.co.us.

DATED November 4, 2014, at Denver, Colorado.

BY THE COURT:


   s/ Boyd N. Boland
United States District Judge