## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02761-BNB

ALEXANDER SHAUN MARDIS,

     Plaintiff,

v.

RICK RAEMISCH, Exec. Dir. C.D.O.C.,
JAMES FALK, Warden of Sterling Corr. Fac.,
LT. HOFFMAN, Lt. Sterling Corr. Fac. (SCF),
CO RENDON, Officer SCF,
CO SHAEFFER, Officer SCF,
LT. KARR, Lt. SCF,
O.R.D.C., Officers and inmate, et al (X-XL) (1-100),

     Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

On November 12, 214, Plaintiff filed an Omnibus Motion to Compel Discovery, ECF No. 17.  The Omnibus Motion to Compel Discovery is denied as premature.

Plaintiff's request for photocopies of his filings in this action is denied. Photocopies of filings are $.50 per page per copy.  Plaintiff has filed numerous documents totaling 56 pages.  If Plaintiff wants a copy of his filings in this action, he must submit $28.00.

Plaintiff also asks for clarification of the Court's order (ECF No. 14) of November 4, 2014, directing Plaintiff to file an amended Prisoner Complaint within thirty days.  The November 4 order speaks for itself.  The Court may not give Plaintiff legal advice regarding the drafting of the amended Prisoner Complaint he has been directed to file.

Plaintiff also is advised that both Magistrate Judge Boyd N. Boland and Magistrate Judge Gordon P. Gallagher are judicial officers designated to review prisoner pleadings pursuant to D.C.COLO.LCivR 8.1(b).

Plaintiff's request for multiple copies of the Prisoner Complaint forms so that he may serve defendants also is denied as premature.  Process shall not issue until further order of the Court.

Dated:  November 13, 2014