**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02761-GPG

ALEXANDER MARDIS, Propria Persona,

    Plaintiff,

v.

D.R.D.C. (DENVER RECEPTION AND DIAGNOSTIC CENTER), John Does,
JOHN DOE'S OF D.R.D.C., Two Officers,
JOHN DOE, Inmate at D.R.D.C.,
ASSOCIATE WARDEN STERLING CORR. FACILITY SCHERBARTH,
LT. HOFFMAN, Sterling Correctional Facility,
JAMES FALK, Warden Sterling Correctional Facility,
C.O. RENDON, Officer S.C.F.,
C.O. SHAEFFER, Officer S.C. F.,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    Plaintiff's motions for appointment of counsel (ECF No. 24) and to produce records/data compilations (ECF No. 25) are DENIED as premature.

    The Court also denies Plaintiff's request to "combine all information of the 3 complaints now filed." Plaintiff shall have **thirty days from date of this minute order** to file one complete third amended prisoner complaint. If Plaintiff elects not submit a third amended complaint, the Court will complete its initial review pursuant to D.C.COLO.LCivR 8.1(b) by reviewing the second amended complaint (ECF No. 22) submitted by Plaintiff on December 30, 2014.

Dated:  January 15, 2015